■ AKIWA WELLNER, as Executor of REGINA WELLNER, Deceased, et al., Respondents, v. GENERAL ELECTRIC REALTY CORP. et al., Appellants-Respondents, and HOTEL CORPORATION OF AMERICA, Appellant.— Judgment affirmed, with costs to plaintiffs-respondents. Concur — Breitel, J. P., Rabin, Eager and Bastow, JJ.; Stevens, J., dissents and votes to reverse and dismiss the complaint on the ground that there was no actionable negligence shown. No opinion.

■ HARRY GREEN, Respondent, v. NATIONAL BIRTH RECORD COMPANY, Appellant.— Order, entered on January 6, 1961, denying defendant's motion for summary judgment, unanimously reversed, on the law, with $20 costs and disbursements to appellant, and the motion for summary judgment granted, with $10 costs. As we construe the alleged oral agreement, it was not performable within one year from the making thereof (Personal Property Law, § 31, subd. 1) and, therefore, is unenforcible (cf. *Zupan* v. *Blumberg*, 2 N Y 2d 547; *Martocci* v. *Greater New York Brewery*, 301 N. Y. 57; *Cohen* v. *Bartgis Bros. Co.*, 264 App. Div. 260, affd. 289 N. Y. 846). Concur — Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.